

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 13, 2007



**By Hand to Chambers**

Honorable Richard Owen
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 640
New York, NY 10007

### CASE UNDER SEAL

Re: United States ex. rel. Richard Erich Templin v.
    Reliant Pharmaceuticals, Inc., Novartis
    Pharmaceutical Corporation and Eli Lilly & Co.,
    05 CV 8690(RO)

Dear Judge Owen:

This Office represents the United States (the "government") in the above-referenced qui tam action filed pursuant to the False Claims Act, as amended, 31 U.S.C. § 3129 et seq. Enclosed are the originals of (i) the Government's Notice of Election to Decline to Intervene in this action; and (ii) a proposed Stipulated Notice of Dismissal and Order agreed to by the United States and the relator dismissing the relator's case in its entirety.

The government has no objection to the unsealing of the original complaint, its declination and/or the proposed Stipulated Notice of Dismissal and Order. However, the government respectfully requests that its ex parte status reports remain under seal.

We thank the Court for its consideration.

>Respectfully,
>
>MICHAEL J. GARCIA
>United States Attorney
>
>By: _____
>SHEILA M. GOWAN
>Assistant United States Attorney
>Tel: (212) 637-2697

enclosures

cc: John Newcomer, Jr., Esq. (by facsimile w/enclosures)