MICHAEL J. GARCIA
United States Attorney for
the Southern District of New York
By: SHEILA M. GOWAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. No.: (212) 637-2697

The within is So Ordered
R. Owen
SDJ.
7/19/7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA ex
rel. RICHARD ERICH TEMPLIN,

        Plaintiff,

  - against -

RELIANT PHARMACEUTICALS, INC.,
NOVARTIS PHARMACEUTICAL CORPORATION,
and ELI LILLY & CO.,

        Defendants.
------------------------------------------x

05 CV 8690 (RO)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/07

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The relator has advised the government that he does not intend to maintain the action in the name of the United States, and that he

wishes to dismiss his case. The United States consents to the dismissal of the relator's case.

A proposed stipulated Notice of Dismissal and Order accompanies this notice.

New York, NY
July 13, 2007

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York
                Attorney for United States of America

By: _____
      SHEILA M. GOWAN
      Assistant United States Attorney
      86 Chambers Street, 6th Floor
      New York, New York 10007
      Tel. No.: 212-637-2697