```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA ex          :
rel. RICHARD ERICH TEMPLIN,
                                     :
          Plaintiff,
                                     :   05 CV 8690 (RO)
     - against -
                                     :
RELIANT PHARMACEUTICALS, INC.,
NOVARTIS PHARMACEUTICAL CORPORATION, :
and ELI LILLY & CO.,
                                     :
          Defendants.
------------------------------------x
```

### STIPULATED NOTICE OF DISMISSAL AND ORDER

WHEREAS, on or about July 13, 2007, the United States declined to intervene in this action;

WHEREAS, the Relator, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby voluntarily discontinues this action and withdraws his complaint; and

WHEREAS, the United States consents to the Relator's voluntary discontinuance of this action and the Relator's withdrawal of his complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED that this action is dismissed.

Dated: New York, New York
       July 13, 2007

>                   JAMES, HOYER, NEWCOMER &
>                   SMILJANICH, P.A.
>                   Attorneys for the Plaintiff-Relator
>
>                   By: ___/s/ John Newcomer_____
>                       JOHN NEWCOMER, Esq.
>                       4830 West Kennedy Blvd., Suite 500
>                       Tampa, Florida 33609
>                       Tel. No.: (813)286-4100
>
>
>                   MICHAEL J. GARCIA
>                   United States Attorney for the
>                   Southern District of New York
>                   Attorney for the United States
>                        of America
>
>                   By: ___/s/ Sheila M. Gowan_____
>                       SHEILA M. GOWAN
>                       Assistant United States Attorney
>                       United States Attorney's Office
>                       86 Chambers Street-- 3rd Floor
>                       New York, New York 10007
>                       Tel. No.: (212) 637-2697

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE